**Order entered October 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00770-CV

## TTS, LLC, Appellant

## V.

## EVENFLOW, LLC, DAN MANSELLE, AND TRINITY LOGISTICS, INC., Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05512-2021

## ORDER

Before the Court is the October 20, 2022 unopposed motion of appellee Trinity Logistics, Inc. for an extension of time to file its brief. We **GRANT** the motion and extend the time to **November 4, 2022**.

/s/    KEN MOLBERG
JUSTICE